# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

RONALD CORBETT,

        Plaintiff,

v.
                                  **ORDER**
                                  Civil File No. 13-928 (MJD/JSM)

BANK OF AMERICA, N.A.,
d/b/a NATIONSBANK, N.A., et al.,

        Defendants.

---

William B. Butler, Butler Liberty Law, LLC, Counsel for Plaintiff.

Mark G. Schroeder, Briggs and Morgan, P.A., Counsel for Defendant Bank of America, N.A.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 9, 2013.  [Docket No. 19]  Plaintiff filed objections[1] to the Report and Recommendation.  [Docket No. 20]

---

[1] By Order dated January 14, 2014 (Civil No. 13-mc-49 (MJD) (Doc. No. 10)), this Court suspended attorney William B. Butler from the practice of law in the United States District Court, District of Minnesota, effective December 26, 2013.  Because Defendant's objection was filed prior to his suspension, the Court has considered the objection in making its decision.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Mayeron dated December 9, 2013.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**[2]:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 9, 2013 [Docket No. 19].

2. Defendant Bank of America, N.A.'s Motion to Dismiss [Docket No. 4] is **GRANTED**.

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Clerk's Office is directed to send a copy of the Order to William B. Butler, 33 South Sixth Street, Suite 4100, Minneapolis, MN 55402.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 10, 2014          s/ Michael J. Davis
                                   Michael J. Davis
                                   Chief Judge
                                   United States District Court

---

[2] Attorney Butler is reminded of his obligation to notify his client of the Court's decision herein.